In the Matter of the Estate Tax on the Estate of MARY R. CHISHOLM, Deceased. Estate of LEWIS S. SMITH, Estate of ROLLIN C. SMITH and HERBERT B. SMITH, Appellants; STATE TAX COMMISSION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Foreclosure of Tax Liens Pursuant to Article VII-A, Title 3 of the Tax Law by City of New Rochelle with Respect to Serial Nos. 203, 206, 226, 232, 233, 624, 680, 748, 883, Respectively. CITY OF NEW ROCHELLE, Respondent, v. ALICE SEACORD, as Sole Surviving Executrix of and Trustee under the Last Will and Testament of CHARLES G. BANKS, Deceased, Appellant. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Probate of the Last Will and Testament of MARY E. JONES, Deceased. ROSALIE G. JONES, as Executrix and Trustee, etc., of MARY E. JONES, Deceased, Appellant; HELENE LUCAS WOOD and CITY BANK FARMERS TRUST COMPANY, as Administrators, etc., of PHILIP LIVINGSTON JONES, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of PEERLESS CASUALTY COMPANY, Respondent, for an Order of Mandamus Directed to JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.— No. 784. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. No. 785. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Presentment by the Grand Jury for the Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Professional Misconduct, Fraud, Deceit and Conduct Prejudicial to the Administration of Justice against MAXWELL ROSS, an Attorney and Counselor at Law.— Motion to add new charges and for other relief granted except in so far as an inspection of all reports filed by Maxwell Ross, Inc., with the Department of Taxation and Finance is concerned, as to which the motion is denied. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.